BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: COVID-19 BUSINESS
INTERRUPTION PROTECTION
INSURANCE LITIGATION

MDL No. 2942

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that on July 10, 2020, copies of the foregoing

ACE Fire Underwriters Insurance Company's Notice of Potential Tag-Along Action and the

exhibits thereto (Dkt. 674) were served electronically via the Judicial Panel on Multidistrict

Litigation's CM/ECF system on all parties registered with the CM/ECF system.  Additionally, on

July 13, 2020, copies were served via United States mail on the following party at the following

address:

### Via U.S. Mail

Gary F. Lynch
CARLSON LYNCH LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
glynch@carlsonlynch.com

*Attorneys for Plaintiff Susan Spath*
*Hegedus, Inc. d/b/a Kern & Co.*

Chubb Limited could not be served because it is a foreign defendant.

Dated:  July 13, 2020                      O'MELVENY & MYERS LLP
RICHARD B. GOETZ


By:  /s/ Richard B. Goetz
     Richard B. Goetz
     O'MELVENY & MYERS LLP
     400 South Hope Street, 18th Floor
     Los Angeles, CA 90071
     Telephone: (213) 430-6000
     Facsimile: (213) 430-6407
     rgoetz@omm.com

*Attorneys for Defendant* ACE FIRE
UNDERWRITERS INSURANCE
COMPANY